**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 25 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>SCOTT KERNAN; et al.,<br><br>    Defendants-Appellees. | No. 17-15995<br><br>D.C. No. 1:17-cv-00292-MJS<br><br>MEMORANDUM<sup>*</sup> |

Appeal from the United States District Court
for the Eastern District of California
Michael J. Seng, Magistrate Judge, Presiding

Submitted January 16, 2018<sup>**</sup>

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

 Benjamin K. Toscano, a California state prisoner, appeals pro se from the

magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging

constitutional violations.  We have jurisdiction under 28 U.S.C. § 1291.  We

review de novo whether the magistrate judge validly entered judgment on behalf of

---

  <sup>*</sup> This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

  <sup>**</sup> The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Toscano consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then screened and dismissed Toscano's action before the named defendants had been served. *See* 28 U.S.C. §§ 1915A(b)(1)-(2), 1915(e)(2)(B)(ii). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**

17-15995